UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH BRENDA BROWN,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>                Defendant. | Case No. C25-0668-JNW<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |

      Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B). The Clerk of Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

      Dated this 21st day of April, 2025.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING MOTION TO PROCEED IN
FORMA PAUPERIS - 1